

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00772-CR

Carlos **ROMO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018-CRF-001456-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on February 5, 2020. On January 21, 2020, appellant filed a motion requesting a ninety-day extension of time to file the brief. Appellant's motion is GRANTED. It is ORDERED that appellant's brief is due no later than May 5, 2020. **Appellant is advised that further requests for extension of time to file the brief will be disfavored.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.

MICHAEL A. CRUZ,
Clerk of Court